# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

RAFAEL LORA,

Defendant.

: 3:16-CR-91
: (JUDGE MARIANI)

## ORDER

AND NOW, THIS 29th DAY OF JANUARY, 2019, upon consideration of Defendant's Motion to Suppress Evidence (the "Motion to Suppress") (Doc. 183), **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Suppress (Doc. 183) is **DENIED**.

2. The Court will issue a separate scheduling order to calendar a telephone conference with the parties to schedule this matter for trial.

Robert D. Mariani
United States District Judge